# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2014

## NO. 03-12-00733-CV

**Texas Department of Public Safety, Appellant**

**v.**

**Paul Flanagan, Appellee**

---

## APPEAL FROM THE 424TH DISTRICT COURT OF LLANO COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
## REVERSED AND RENDERED -- OPINION BY JUSTICE GOODWIN

---

This is an appeal from the judgment signed by the trial court on September 24, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment affirming the ALJ's decision authorizing the suspension of Flanagan's driver's license. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.